Case 7:20-cv-00191   Document 15   Filed 07/22/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CYNTHIA GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-191 |
| | § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Before the Court is Defendant United Property and Casualty Insurance Company's Motion for Entry of Final Judgment. Dkt. No. 13. In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment (Dkt. No. 14), the Court hereby **ORDERS** that Defendant's Motion is **GRANTED** and judgment is entered in favor of Defendant, and all claims asserted by Plaintiff in this action are **DISMISSED** with prejudice.

Costs of court are awarded to Defendant. *See* Fed. R. Civ. P. 54(d)(1).

All relief not expressly granted herein is **DENIED**.

This is a final judgment.

SO ORDERED this 22nd day of July, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge